371 A.2d 522
Sears, Roebuck & Company v.
Raitport, Appellant.

Argued September 17, 1976. Eli Raitport, appellant, in propria persona; Edward J. David, and Liebert, Short, Fitzpatrick & Lavin, submitted a brief for appellee.

Order affirmed.

371 A.2d 522
Seville v. Seville et al., Appellants.

Argued September 13, 1976. Richard L. Guida, with him Jameson, Connelly, Martsolf & Guida, for appellants; Jon C. Lyons, with him Elion, Lyons & Wayne, for appellee.

Order affirmed.